IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

v.                              No. 5:14-CR-50065-002

ALBERTO GONZALEZ                                             DEFENDANT/PETITIONER

## ORDER

The Court has received a report and recommendations (Doc. 107) from United States Magistrate Judge Mark E. Ford. The Magistrate recommends that the Court deny Petitioner's motion (Doc. 101) to vacate under 28 U.S.C. § 2255. No objections have been filed, and the deadline for filing objections has passed. Upon due consideration, the Court concludes that the Magistrate's report contains no clear error and that it should be, and hereby is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Petitioner's motion to vacate (Doc. 101) is DENIED, and his petition is DISMISSED WITH PREJUDICE. No certificate of appealability shall issue.

Judgment will be entered accordingly.

IT IS SO ORDERED this 30th day of January, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE