IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                    Criminal No. 5:14-CR-50065-002

ALBERTO GONZALEZ                                                      DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 115) from United States Magistrate Judge Erin L. Wiedemann. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court deny Defendant's motion to vacate. The Court has reviewed this case and finds that the report and recommendation is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's motion to vacate (Doc. 110) is DENIED and his petition is DISMISSED WITH PREJUDICE. No certificate of appealability shall issue.

Judgment will be entered accordingly.

IT IS SO ORDERED this 11th day of May, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE